FEDERAL LAND BANK OF COLUMBIA v. LACKEY

[326 N.C. 478 (1990)]

THE FEDERAL LAND BANK OF COLUMBIA, A CORPORATION v. MICHAEL B. LACKEY AND WIFE, DEBRA C. LACKEY, AND EARL DAVID GREER AND WIFE, BETTY GREER

328PA89

(Filed 5 April 1990)

ON plaintiff's petition for discretionary review of the decision of the Court of Appeals, 94 N.C. App. 553, 380 S.E.2d 538 (1989), reversing the entry of summary judgment for plaintiff by *Lamm, J.,* at the 28 March 1988 Session of CALDWELL Superior Court. Heard in the Supreme Court 15 March 1990.

*Faison & Brown, by Mark C. Kirby and John F. Logan, for plaintiff-appellant.*

*Wilson, Palmer and Lackey, P.A., by W. C. Palmer and David S. Lackey, for defendant-appellee.*

PER CURIAM.

Affirmed.